AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| KAREN DUNBAR | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:19-cv-00956 (KAD) |
| TRACYLOCKE and OMNICOM GROUP, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KAREN DUNBAR.

Date: 09/23/2019

/s/ Joseph Marchese
*Attorney's signature*

Joseph Marchese (phv10263)
*Printed name and bar number*

Bursor & Fisher, P.A.
888 7th Avenue
New York, NY 10019
*Address*

jmarchese@bursor.com
*E-mail address*

(646) 837-7150
*Telephone number*

(212) 989-9163
*FAX number*